IN THE COMMONWEALTH COURT OF PENNSYLVANIA

The Borough of West Chester, :
                 Petitioner :
       :
       v. :
       :
Pennsylvania State System of Higher :
Education and West Chester University :
of Pennsylvania of the State System of :
Higher Education, : No. 260 M.D. 2018
              Respondents :

# **O R D E R**

AND NOW, this 14th day of March, 2023, it is hereby ordered that the above-captioned opinion filed January 4, 2023, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge